IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 8:14-202 |
| ) | 18 U.S.C. § 922(g)(1) |
| v. ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 924(e) |
| **ERIC CHRISTOPHER CARLISLE** ) | |
| ) | **INDICTMENT** |

THE GRAND JURY CHARGES:

That on or about September 30, 2013, in the District of South Carolina, the Defendant, **ERIC CHRISTOPHER CARLISLE,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, all of which had been shipped and transported in interstate and foreign commerce;

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

A  *TRUE*  Bill

REDACTED

Foreperson

/s/ William N. Nettles
WILLIAM N. NETTLES   (EJH/jw)
UNITED STATES ATTORNEY

2014 APR -8 PM 12: 14
RECEIVED
USDC, CLERK GREENVILLE, SC