✎Prob 12B
(Rev. 08/15 - D/SC)

# United States District Court

for

### District of South Carolina

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Eric Christopher Carlisle     **Case Number:** 8:14CR00202-001

**Name of Sentencing Judicial Officer:** The Honorable J. Michelle Childs, United States District Judge

**Date of Original Sentence:** February 19, 2015

**Original Offense:** Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. § 922(g)(1)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 37 months followed by 36 months supervised release. The following special conditions were imposed: 1) The defendant shall submit to random drug testing as administered by the U.S. Probation Officer; and 2) The defendant shall pay a $100 special assessment fee.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** April 11, 2018

**Previous Court Action/Notifications:** On April 20, 2018, a Report on Offender Under Supervision was submitted to the court detailing the following violation: On April 13, 2018, Eric Carlisle tested positive for THC and Cocaine. The results have been confirmed by the National Testing Lab. On April 24, 2018, Your Honor agreed with the probation officer's recommendation that no court action be taken at that time.

### PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

You must participate in an inpatient or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must contribute to the cost of such program not to exceed the amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

✎Prob 12B                                                                                                                    Page 2
  (Rev. 08/15 - D/SC)

## CAUSE

This officer administered a drug screen during the home contact on May 18, 2018. At that time, Mr. Carlisle was positive for THC and admitted to using THC on May 8, 2018, to help with the issues associated with coming off of other drugs that he was using. At that time, Mr. Carlisle was reprimanded for the use of illegal substances. Mr. Carlisle advised that he has voluntarily enrolled in Cornerstone's treatment program, located in Greenwood, South Carolina. At this time, this officer respectfully requests a modification for the addition of Drug Treatment. Please find the attached Waiver of Hearing to Modify Conditions signed by Eric Carlisle. Should Your Honor desire another course of action, please advise.

                                        Respectfully submitted,

                    By:     _____
                                        Hunter S. Shaw
                                        U.S. Probation Officer

                                        Date: May 31, 2018

Reviewed and Approved By:

_____
William Bernard Steadman
Supervising U.S. Probation Officer