✎ Prob 12C
(Rev. 08/15 - D/SC)

# United States District Court

for

## District of South Carolina

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Eric Christopher Carlisle          **Case Number:** 8:14CR00202-001

**Name of Sentencing Judicial Officer:** The Honorable J. Michelle Childs, United States District Judge

**Date of Original Sentence:** February 19, 2015

**Original Offense:** Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. § 922(g)(1)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 37 months followed by 36 months supervised release. The following special conditions were imposed: 1) The defendant shall submit to random drug testing as administered by the U.S. Probation Officer; and 2) The defendant shall pay a $100 special assessment fee.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** April 11, 2018

**Assistant U.S. Attorney:** E Jean Howard          **Defense Attorney:** David Wilson Plowden

**Previous Court Action/Notifications:** On April 20, 2018, a Report on Offender Under Supervision was submitted to the court detailing the following violation: On April 13, 2018, Eric Carlisle tested positive for THC and Cocaine. The results have been confirmed by the National Testing Lab. On April 24, 2018, Your Honor agreed with the probation officer's recommendation that no court action be taken at that time.

On May 31, 2018, a Request for Modifying the Conditions of Supervision was submitted to the court detailing the following violation: On May 18, 2018, Eric Carlisle tested positive for THC and admitted to using THC on May 8, 2018. It was requested that Drug Treatment be added as a condition of Mr. Carlisle's supervision. On June 11, 2018, Your Honor agreed with the probation officer's recommendation and ordered the modification.

On July 24, 2018, a Report on Offender Under Supervision was submitted to the court detailing the following violations: 1) On July 16, 2018, Eric Carlisle was charged with possession of other controlled substance in schedule I to V - 1st offense, by the Greenwood City Police Department in Greenwood, South Carolina.; and 2) On July 10, 2018, Eric Carlisle, tested positive for THC, Amphetamine, and Methamphetamine. These results were confirmed by the National Testing Lab.

✎Prob 12C                                                                                                                                  Page 2
 (Rev. 08/15 - D/SC)

## PETITIONING THE COURT

| X | To issue a warrant |
|---|---|
|   | To issue a summons |

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**

1) **Illegal Drug Use**: On April 13, 2018, Eric Carlisle tested positive for THC and Cocaine. The results have been confirmed by the National Testing Lab.

2) **Illegal Drug Use**: On May 18, 2018, Eric Carlisle tested positive for THC and admitted to using THC on May 8, 2018.

3) **Illegal Drug Use:** On July 10, 2018, Eric Carlisle, tested positive for THC, Amphetamine, and Methamphetamine. These results were confirmed by the National Testing Lab.

4) **New Criminal Conduct:** On July 16, 2018, Eric Carlisle was charged with possession of other controlled substance in schedule I to V, 1st offense, by the Greenwood City Police Department in Greenwood, South Carolina.

5) **Illegal Drug Use:** On August 14, 2018, Eric Carlisle tested positive for THC. The results were confirmed by the National Testing Lab.

6) **New Criminal Conduct:** On September 5, 2018, Eric Carlisle was charged with distribution of a narcotic in schedule II, 1st offense, by the Greenwood County Sheriff's Department in Greenwood, South Carolina, for conduct that occurred on August 28, 2018.

7) **New Criminal Conduct:** On September 5, 2018, Eric Carlisle was charged with Distribution of a narcotic in schedule II, 1st offense, by the Greenwood County Sheriff's Department, in Greenwood, South Carolina, for conduct that occurred on August 30, 2018.

8) **New Criminal Conduct:** On September 6, 2018, Eric Carlisle was charged with possession of 28 grams or less of marijuana or 10 grams, 2nd or subsequent offense, by the Greenwood County Sheriff's Department, in Greenwood, South Carolina, for conduct that occurred on September 5, 2018.

9) **New Criminal Conduct:** On September 6, 2018, Eric Carlisle was charged with possession of a scheduled II controlled substance, 2nd offense, by the Greenwood County Sheriff's Department, in Greenwood, South Carolina, for conduct that occurred on September 5, 2018.

✎Prob 12C                                                                                                                    Page 3
  (Rev. 08/15 - D/SC)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 7, 2018

*(signature)*

Hunter S. Shaw
U.S. Probation Officer

Reviewed and Approved By:

*(signature)*
William Bernard Steadman
Supervising U.S. Probation Officer