✎ PS 8
(Rev. SCP 5/12)

# UNITED STATES DISTRICT COURT

for

## District of South Carolina

U.S.A. v.   Eric Christopher Carlisle                                    Docket No.  8:14CR00202-001

**Petition for Action on Conditions of Pretrial Release**

    *COMES NOW,* Marcos Barahona, U.S. Probation Officer, presenting an official report upon the conduct of defendant, Eric Christopher Carlisle, who was placed under pretrial release supervision by the Honorable Kevin F. McDonald, U.S. Magistrate Judge, sitting in the court at Greenville, South Carolina, on the 2nd day of April 2021 under the following conditions:

1. Submit to supervision by and report for supervision to the U.S. Probation Office.

2. Maintain or actively seek employment.

3. Surrender any passport to Probation as directed.

4. Not obtain passport or other international travel documents.

5. Abide by the following restrictions on his personal associations, place of abode, or travel, the defendant shall not leave the State of South Carolina without prior permission of the Court or US Pretrial or Probation Officer.

6. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution.

7. Report as directed to the Pretrial Services Agency or Probation, Greenville, South Carolina.

8. Not commit another federal, state, or local crime.

9. Cooperate in the collection of a DNA sample if it is authorized by 42 U. S. C. § 14135a.

10. Refrain from possessing a fireman, destructive device, or other dangerous weapon.

11. Not use alcohol excessively.

12. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

13. Report as soon as possible, to the pretrial service office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

14. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and /or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

15. Participate in a program of inpatient or outpatient substances abuse therapy and counseling as directed by the supervising officer.

16. Execute unsecured bail bond in the sum of $25,000. Defendant is to be released Thursday, April 8 at 8:00 a.m. to be transported by his mother directly to the inpatient facility. A bond status conference will be held with Judge McDonald upon completion of the treatment.

17. Stay in touch with his attorney, and reimburse the government for attorney's fees, if so ordered by the Court.

18. Advise the Court, defense counsel and the U.S. Attorney in writing before any change of address or telephone number.

19. Pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising offer.

20. Remain under supervision of US Probation for the duration of this bond and follow any and all instructions given to him by the officer.

21. Must reside with his parents.

22. Attend and complete the Morris Village Inpatient Treatment Program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Use/Possession of Illegal Drugs:** On May 11, 2021, the defendant used and possessed an illegal substance as evidenced by testing positive for Methamphetamine. Mr. Carlisle admitted to using Methamphetamine on May 8, 2021, which was one day after his Bond Status Conference. Mr. Carlisle also signed an Admission of Drug Use form.

PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of Eric Christopher Carlisle to be brought before the U.S. District/Magistrate Judge below, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

☐ **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 14th day of May, 20 21 and ordered filed and made a part of the records in the above case. | Executed on May 13, 2021 |
| | *Marcos Barahona* |
| | Marcos Barahona, U.S. Probation Officer |
| s/Jacquelyn D. Austin | Place Greenville, South Carolina |
| U.S. District Judge/Magistrate Judge | |